UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-0329-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DAMIEN NOWELL, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion of the Defendant to modify the scheduling order entered by Magistrate Judge James E. Gates on January 19, 2016 (DE25) to provide additional time to conduct a pretrial conference, for requesting and review of discovery, and for filing pre-trial motions.

The Scheduling Order in this matter is hereby modified to allow Defendant to file any pre-trial motions on or before June 20, 2016.

This Court finds for the reasons set out in the Defendant's Motion, the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial. Therefore, the period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

This 31 day of May, 2016.

JAMES C. DEVER III
Chief United States District Judge