UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-329-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| DAMIEN NOWELL | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 84 and its accompanying order be sealed until further order of this Court, except that copies may be provided to the United States Attorney and counsel for the defendant.

This the __6__ day of __July__ 2017.

_____
JAMES C. DEVER, III
Chief United States District Judge