FILED IN OPEN COURT
ON 10/31/2017
Peter A. Moore, Jr. Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

**CASE NUMBER: 5:15-CR-329-1D**

**UNITED STATES OF AMERICA**

**VS.**                                                              **ORDER**

**DAMIEN NOWELL**

IT IS HEREBY ORDERED that the following Government Exhibits be returned to  Sean Brady  and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 3 | Gun and Magazine (.40 cal) |
| 4 | Ammunition (.40 cal) |
| 5 | Federal Ammunition Box |
| 6 | Wallet |

THIS  31st  DAY OF OCTOBER 2017.

AGENT _____  Sean P. Brady ATF TFO

_____
JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE