IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-329-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAMIEN NOWELL, | ) | |
| | ) | |
| Defendant. | ) | |

On November 30, 2020, Damien Nowell ("Nowell") filed a motion for recommendation for residential reentry center placement [D.E. 170]. The Bureau of Prisons ("BOP") gets to decide whether Nowell will serve his imprisonment in a residential reentry center. See 18 U.S.C. §§ 3621(b), 3624(c). If Nowell is not satisfied with the BOP's decision, Nowell may seek judicial review.

In sum, Nowell's motion for recommendation for residential reentry center placement [D.E. 170] is DENIED without prejudice.

SO ORDERED. This 11 day of February 2021.

JAMES C. DEVER III
United States District Judge