IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-329-D
No. 5:20-CR-388-D

| | |
|---|---|
| DAMIEN NOWELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On July 20, 2020, petitioner moved for relief under 28 U.S.C. § 2255 [D.E. 164]. On October 19, 2021, the government moved to dismiss [D.E. 191] and filed a memorandum in support [D.E. 192]. On October 4, 2021, petitioner moved to withdrew his section 2255 motion [D.E. 193].

The court GRANTS petitioner's motion to withdraw [D.E. 193] and DISMISSES AS MOOT the government's motion to dismiss [D.E. 191].

SO ORDERED. This 3 day of January, 2022.

JAMES C. DEVER III
United States District Judge